**Order entered October 8, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00760-CV**

**CITY OF DALLAS, Appellant**

**V.**

**LYNN PELTIER, Appellee**

**On Appeal from the County Court at Law No. 4**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-04958-D**

## ORDER

Before the Court is appellant's October 6, 2021 unopposed motion to extend time to file its brief on the merits. We **GRANT** the motion and extend the time to **November 1, 2021**.

/s/    KEN MOLBERG
         JUSTICE